IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Orpah Holt, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14 C 6634 |
| ) | |
| ARS National Services, Inc., a California ) | Judge Norgle |
| corporation, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendant, with prejudice.

Dated: October 27, 2014

One of Plaintiff's Attorneys


/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2014, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on October 27, 2014.

Joanne Apusen, Compliance & Legal Manager,
 Risk Management/General Counsel
ARS National Services, Inc.
201 W. Grand Avenue
P.O. Box 463023
Escondido, California 92046


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com